**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

FIDEL ESTRADA,

    Plaintiff,               No. 1:08-CV-0757 PJH

    v.                               **JUDGMENT**

M. RODRIGUEZ,

    Defendant.
_____/

    Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendant.

**IT IS SO ORDERED.**

Dated: January 19, 2010

                                  PHYLLIS J. HAMILTON
                                  United States District Judge

P:\PRO-SE\PJH\CR.08\estrada757.JUD.wpd